# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Volpe, Joseph J. | District Court -Eastern Arkansas | 5/4/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

500 West Capitol Avenue
Little Rock, Arkansas 72201

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | Judge Henry Woods Inn of Court |
| 2. | Treasurer | Douglas MacArthur West Point Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Webster University, Adjunct Faculty | $14,499.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | self-employed/ residential real estate rentals |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 5/4/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Mortgage on rental property #2 Little Rock, AR (Part VII Line 2) | L |
| 2. | Chase | Mortgage on rental property #3 Little Rock, AR (Part VII Line 3) | L |
| 3. | Chase | Mortgage on rental property #4 Little Rock, AR (Part VII Line 4) | M |
| 4. | JB Nutter Company | Mortgage on rental property #5 Little Rock, AR (Part VII Line 5) | M |
| 5. | Chase | Mortgage on rental property #8 Little Rock, AR (Part VII Line 8) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Little Rock, AR | E | Rent | M | W | | | | | |
| 2. Rental Property #2, Little Rock, AR | D | Rent | M | W | | | | | |
| 3. Rental Property #3, Little Rock, AR | E | Rent | M | W | | | | | |
| 4. Rental Property #4, Little Rock, AR | E | Rent | M | W | | | | | |
| 5. Rental Property #5, Little Rock, AR | E | Rent | M | W | | | | | |
| 6. Rental Property #6, North Little Rock, AR | E | Rent | M | W | | | | | |
| 7. Rental Property #7, New Albany IN | C | Rent | | | Sold | 05/01/16 | L | F | Pam Kraft |
| 8. Rental Property #8, Little Rock, AR | D | Rent | M | W | | | | | |
| 9. Rental Property #9, North Little Rock, AR | D | Rent | M | W | | | | | |
| 10. Rental Property #10, North Little Rock, AR | D | Rent | L | W | Buy | 06/30/16 | L | | Thomas Steley |
| 11. Rental Property #11, Little Rock, AR | D | Rent | M | W | Buy | 05/31/16 | M | | VA Foreclosure |
| 12. Exxon Mobile Common Stock | B | Dividend | L | T | Sold (part) | 06/08/16 | K | D | |
| 13. AT&T Common Stock | C | Dividend | L | T | | | | | |
| 14. Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 15. Target Group Common Stock | A | Dividend | K | T | | | | | |
| 16. Walgreen Co. Common Stock | A | Dividend | K | T | | | | | |
| 17. American Funds New Perspective FD Inc Class B | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Willbros Group Inc. | A | Dividend | J | T | | | | | |
| 19. American Funds Capital World Growth & Income Class B | A | Dividend | J | T | | | | | |
| 20. Europacific Growth Fund Class C (AEPCX) | A | Dividend | J | T | | | | | |
| 21. Diversified Investment Advrs. (AR Children's Hosp 403(b)plan | A | Dividend | L | T | | | | | |
| 22. McDonald's Corp Common Stock | B | Dividend | L | T | | | | | |
| 23. Chevron Texaco Common Stock | B | Dividend | L | T | | | | | |
| 24. Bank of Little Rock (checking/savings) | A | Interest | J | T | | | | | |
| 25. Iberia Bank (checking/savings) | A | Interest | J | T | | | | | |
| 26. PNCBank Corp. | C | Int./Div. | M | T | | | | | |
| 27. Wal-Mart Inc. | C | Int./Div. | L | T | | | | | |
| 28. Anchorage AK Wastewtr Bond | A | Int./Div. | K | T | | | | | |
| 29. Baldwin Cnty Ala Bond | A | Int./Div. | | | Redeemed | 01/04/16 | K | A | |
| 30. Broward Cty Fl Bond | A | Int./Div. | J | T | | | | | |
| 31. Clark Cnty NV Bond | A | Int./Div. | J | T | | | | | |
| 32. Eastern Mun Wtr Dist CA Bond | A | Int./Div. | | | Redeemed | 07/01/16 | K | A | |
| 33. Humble Tex Indpt Sch Dist Bond | A | Int./Div. | | | Redeemed | 02/02/16 | K | A | |
| 34. IL Fin Auth Rev Bond | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Indiana Trail Impt Dist FL Bond | A | Int./Div. | J | T | | | | | |
| 36. | Indianapolis In Loc Pub Rev Bond | A | Int./Div. | K | T | | | | | |
| 37. | Kasson & Mantorville MN Bond | A | Int./Div. | | | Redeemed | 02/01/16 | J | A | |
| 38. | Nebraska Pub Power Dist Bond | A | Int./Div. | | | Redeemed | 01/04/16 | K | A | |
| 39. | Philadelphia PA WTR and Waste Bond | A | Int./Div. | J | T | | | | | |
| 40. | Pima Cnty AZ Indl DEV Bond | A | Int./Div. | J | T | | | | | |
| 41. | Tucson, AZ Water Bond | A | Int./Div. | | | Redeemed | 07/01/16 | K | A | |
| 42. | Tucson AZ Cert of Part Bond | A | Int./Div. | J | T | | | | | |
| 43. | BRK B | A | Int./Div. | L | T | | | | | |
| 44. | Brown Forman Corp Cl B | A | Int./Div. | L | T | | | | | |
| 45. | Colgate Palmolive | A | Int./Div. | K | T | | | | | |
| 46. | Dominion Resources | A | Int./Div. | J | T | | | | | |
| 47. | Energizer Holdings Inc | A | Int./Div. | K | T | | | | | |
| 48. | First Eagle Global Fund Cl C | A | Int./Div. | J | T | | | | | |
| 49. | Frontier Communications Corp | A | Int./Div. | J | T | | | | | |
| 50. | NBIX | A | Int./Div. | | | Sold | 03/25/16 | J | A | |
| 51. | Northwest Mutual Nat. Gas | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Philip Morris Intl Inc. | A | Int./Div. | K | T | | | | | |
| 53. Piedmont Nat Gas Inc. | A | Int./Div. | | | Sold | 10/04/16 | K | E | |
| 54. Verizon | A | Int./Div. | K | T | | | | | |
| 55. WPX | A | Int./Div. | J | T | | | | | |
| 56. Zimmer Holdings | B | Int./Div. | J | T | | | | | |
| 57. CWGBX | A | Int./Div. | J | T | | | | | |
| 58. NPFBX | A | Int./Div. | J | T | | | | | |
| 59. Gilead Sciences Inc (GILD) | A | Int./Div. | K | T | | | | | |
| 60. Qualcom Inc (QCOM) | A | Int./Div. | J | T | | | | | |
| 61. Select Sector SPDR Trust | A | Int./Div. | K | T | | | | | |
| 62. BHP Billiton | A | Int./Div. | | | Sold | 03/24/16 | K | A | |
| 63. Apache Corp | A | Int./Div. | | | Sold | 03/24/16 | K | A | |
| 64. Proctor & Gamble (P&G) | A | Dividend | J | T | | | | | |
| 65. Edgewell Personal Care | A | Dividend | K | T | | | | | |
| 66. Apple | A | Dividend | K | T | Buy | 10/06/16 | K | | |
| 67. Amgen | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 68. Duke Energy | A | Dividend | K | T | Buy | 10/06/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 5/4/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The stocks listed in lines 50, 53, and 56 were listed twice and merged into one line item per stock.

The stocks listed in items 59, 60, and 64 were identified by their ticker symbol in 2015. I have listed them by their common names but have also added the ticker symbos in parenthesis.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph J. Volpe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544